AO 91 (Rev. 11/11) Criminal Complaint

AUSA Windom_2019R00227

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>Rondell Henry<br><br>*Defendant(s)* | )<br>)<br>) Case No. 19-1151-CBD<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __3/26/2019 - 3/28/2019__ in the county of __Prince George's__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2312 | Transportation of Stolen Vehicles |

This criminal complaint is based on these facts:
See the attached Affidavit of Special Agent Michael J. Fowler dated April 3, 2019.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael J. Fowler, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 3, 2019

_____
*Judge's signature*

City and state: Greenbelt, MD

Charles B. Day, U.S. Magistrate Judge
*Printed name and title*