
TPW/JCC: USAO 2019R00227



### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CASE NO. 19-1151-CBD |
| **RONDELL HENRY,** | * | FILED UNDER SEAL |
| **Defendant** | * | APR - 4 2019 |
| | ****** | AT GREENBELT<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael Fowler, being first duly sworn, hereby depose and state as follows:

#### Introduction and Background

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been since March 2016. I am currently assigned to the Baltimore Division of the FBI.

2. I submit this affidavit in support of a criminal complaint and arrest warrant. Based on the facts in this affidavit, I respectfully submit that there is probable cause to believe that **RONDELL HENRY ("HENRY")** has violated 18 U.S.C. § 2312 (interstate transportation of stolen vehicle).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter.

#### Probable Cause

4. On March 26, 2019, the Alexandria, Virginia, Police Department was contacted regarding a leased U-Haul vehicle (hereinafter referred to as "U-Haul") that was stolen from a



parking garage located at a mall in Alexandria, Virginia. The driver of the U-Haul had observed a black male in a blue BMW follow the U-Haul off Interstate 395 and onto the mall property. Specifically, the U-Haul driver observed the BMW follow the U-Haul through the parking garage and park a couple of spaces away from the U-Haul. The driver of the U-Haul was able to see one person in the BMW. Police responded to the scene and found the BMW near where the U-Haul had been stolen. A check of registration records revealed that the BMW was registered to **HENRY**.

5. On March 27, 2019, the U-Haul matching the description of the one stolen in Alexandria, Virginia, was located at the National Harbor in Maryland. Law enforcement reviewed video surveillance of the area and observed **HENRY** parking the U-Haul and subsequently exiting the U-Haul.

6. On March 28, 2019, **HENRY** was located and arrested at the National Harbor in Maryland. **HENRY** was subsequently interviewed by law enforcement officers. During the interview, **HENRY** admitted that he stole the U-Haul and drove it to National Harbor.

### Conclusion

7. Based on the foregoing, I respectfully submit that **HENRY** violated 18 U.S.C. § 2312, and therefore request the issuance of a criminal complaint and arrest warrant.

Michael Fowler
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on April 3, 2019

HONORABLE CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

2