

TPW/JCC: USAO 2019R00227

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 APR 10 PM 2:58

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. PX 19cr181 |
| | * | |
| **RONDELL HENRY,** | * | (Interstate Transportation of Stolen |
| | * | Vehicle, 18 U.S.C. § 2312; Forfeiture, |
| Defendant | * | 18 U.S.C. §§ 981(a)(1)(C) and |
| | * | 982(a)(5), 21 U.S.C. § 853(p), |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Interstate Transportation of Stolen Vehicle)

The Grand Jury for the District of Maryland charges that:

On or about March 27, 2019, in the District of Maryland and elsewhere, the defendant,

**RONDELL HENRY,**

did transport in interstate commerce from Virginia to Maryland a motor vehicle—that is, a U-Haul van—knowing the same to have been stolen.

18 U.S.C. § 2312

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(5), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

2. As a result of the offense set forth in Count One, the defendant,

**RONDELL HENRY,**

shall forfeit to the United States any property, real and personal, which constitutes or is derived from proceeds traceable to such violation, and any property, real and personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation.

3. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America, pursuant to 21 U.S.C. § 853(p), shall be entitled to forfeiture of substitute property.

18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(5)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Robert K. Hur /(TW)*
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: April 10, 2019

3