UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RONDELL HENRY,<br><br>Defendant. | Criminal Action No. PX-19-0181 |

**PRETRIAL SCHEDULING ORDER**

For the reasons stated during the today's status conference, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| September 13, 2019 | Defendant to supplement/add motions to suppress and other pretrial motions |
| October 4, 2019 | Government's Omnibus Response |
| October 18, 2019 | Defendant's Reply |
| November 1, 2019 at 11:00 a.m. | Suppression Hearing |

Dated: July 29, 2019

/S/
Paula Xinis
United States District Judge