**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  CRIMINAL NO. PX-19-181 |
| | * |
| RONDELL HENRY, | * |
| | * |
| Defendant | * |
| | * |

**\*\*\*\*\*\*\***

## MOTION TO WITHDRAW DOCUMENT

The United States of America, by and through its attorneys, hereby moves to withdraw ECF No. 24 (Consent Motion to Exclude Time Pursuant to 18 U.S.C. § 3161) or, in the alternative, to deny ECF No. 24 as moot. The Government will shortly file a new consent motion to exclude time.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____/s/_____
Thomas P. Windom
Assistant United States Attorney