# **EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. PX-19-181** |
| | * | |
| **RONDELL HENRY,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| ******* | | |

**PROPOSED ORDER**

Upon consideration of the Defendant's Motion for a Competency Evaluation and Hearing, this Court finds that there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(a). Thus, on this ____ day of _____, 2019, by the United States District Court for the District of Maryland, pursuant to 18 U.S.C. § 4241(a) and (b) and § 4247(b) and (c), it is hereby ORDERED that:

1. The Defendant's Motion is GRANTED;

2. Pursuant to 18 U.S.C. § 4247(b), the Court having concluded that a custodial examination is necessary, the Defendant shall be committed to the custody of the Attorney General for placement in a suitable facility for a reasonable period of time not to exceed 30 days for purposes of the examination pursuant to 18 U.S.C. § 4241(a), except that, upon a showing of good cause that additional time is necessary to observe and evaluate the Defendant, the director of the facility may apply for a reasonable extension not to exceed 15 days under 18 U.S.C. § 4241;

3. Pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), a psychiatric or psychological

- 2 -

examination of the Defendant shall be conducted by the first available licensed or certified psychiatrist or psychologist qualified to conduct such an examination;

4. Pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), a psychiatric or psychological report shall be filed with the Court under seal, with copies provided to defense counsel and the Government, which report shall comply with the requirements set forth in 18 U.S.C. § 4247(c) and shall include: (1) the Defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinion as to diagnosis, prognosis, and whether the Defendant is suffering from a mental disease or defect, rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense;

5. Upon the completion of the psychiatric or psychological evaluation ordered herein, and within 10 days of the filing and receipt by the parties of the report of examination, a follow-up status conference will be conducted by this Court; and

6. A copy of this order is to be provided to the United States Marshal's Service. It is requested that arrangements for transfer of the defendant for a competency examination be done forthwith.

_____     _____
Date                                                              Hon. Paula Xinis
                                                                          United States District Judge