# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO.  PX-19-181 |
| | * | |
| **RONDELL HENRY,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ****** | |

## JOINT STATUS REPORT

The defendant filed a Motion for a Competency Evaluation and Hearing on September 16, 2019.  The Government did not object.  ECF No. 36.

In a report dated December 20, 2019, the appointed Forensic Psychologist from the Bureau of Prisons determined that "there is ample evidence to indicate the defendant suffers from a mental disorder or disease that would substantially impair his ability to assist counsel in his defense."  The Forensic Psychologist further stated that "[f]ormal competency restoration procedures at a Federal Medical Center are highly recommended."

The parties have conferred, and neither side intends to dispute the Forensic Psychologist's opinion at this time.  The parties propose that the Court hold the required hearing under 18 U.S.C. § 4241(c), at which counsel and the defendant will be present and the Forensic Psychologist will be available by video-conference.  At that time, the parties intend to ask the Court to remand the defendant to the custody of the Attorney General under 18 U.S.C. § 4241(d) to be hospitalized at a BOP facility "for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward."  18 U.S.C. § 4241(d)(1).

2

The defendant is in-transit back to the District of Maryland. The parties propose contacting the Court upon the defendant's arrival, in order to schedule the hearing.

                                            Respectfully submitted,

                                            Robert K. Hur
                                            United States Attorney

By:           /s/
                      Thomas P. Windom
                      Assistant United States Attorney