

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

February 28, 2020

Re: 19-cr-0181, *United States v. Henry*

### **LETTER ORDER**

Dear Parties:

Please be advised that the Court has scheduled a recorded conference for **Monday, June 29, 2020 at 1:00 p.m.** Instructions for this call will be emailed to the parties.

The call will be recorded; therefore, please do not use speakerphones as they compromise sound quality. Also, we ask that parties not remain on the conference line after the Judge has left the call, to ensure that the line is free for other calls that the Judge may have.

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/
PAULA XINIS
United States District Judge

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**