# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. PX-19-0181 |
| RONDELL HENRY | |
| Defendants. | |

## SCHEDULING ORDER

For the reasons stated during the today's status conference, and with agreement of the parties, the Court issues the following deadlines:

| | |
|---|---|
| October 15, 2021 | Government Motion |
| November 12, 2021 | Defendant's Response |
| November 26, 2021 | Government Reply |
| December 6, 2021 (10:00 a.m. – 3:00 p.m.) | Virtual Motions Hearing |

Dated: September 14, 2021

/S/
Paula Xinis
United States District Judge