# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *  **CRIMINAL NO. PX-19-181** |
| | * |
| **RONDELL HENRY,** | * |
| | * |
| **Defendant** | * |
| | * |

\*\*\*\*\*\*\*

## ORDER

Pursuant to 18 U.S.C. § 4241(e), the Court will hold a competency hearing on May 3, 2022 at 2:00 p.m., to be conducted pursuant to the provisions of 18 U.S.C. § 4247(d). The hearing will be virtual, as agreed by the parties, with the defendant appearing from Federal Medical Center Butner ("FMC Butner").

It is hereby **ORDERED** that, pursuant to 18 U.S.C. § 4241(e), unless and until, after the above-described competency hearing, the Court has issued a written finding by a preponderance of the evidence that the defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense and the Court has issued a written order for his immediate discharge from the facility in which he is hospitalized (1) the defendant shall <u>not</u> be discharged from FMC Butner, and (2) the defendant shall <u>not</u> be transported from FMC Butner for purposes of appearance at the competency hearing or otherwise.

| | |
|---|---|
| April 8, 2022 | /S/ |
| Date | Hon. Paula Xinis |
| | United States District Judge |