# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. No. PX-19-0181 |
| RONDELL HENRY | * | |

## NOTICE OF INSANITY DEFENSE

The Defendant, Rondell Henry, through counsel, James Wyda, Federal Public Defender for the District of Maryland, and Christian Lassiter, Assistant Federal Public Defender, hereby provide notice under Federal Rules of Criminal Procedure Rule 12.2(a) of an Insanity Defense.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
  for the District of Maryland

April 29, 2022

/s/
CHRISITAN LASSITER (#805576)
Assistant Federal Public Defender
100 S. Charles Street
Tower 2, 9th Floor
Baltimore, Maryland 21212
Telephone: (410) 962-3962
Fax: (410) 962-3976
Email: christian_lassiter@fd.org