IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   CRIMINAL NO. PX-19-181 |
| | * |
| **RONDELL HENRY,** | * |
| | * |
| **Defendant** | * |
| | * |
| | * |

*******

## ORDER

Upon consideration of the Government's Motion for Examination to Determine Existence of Sanity at Time of Offense, and consistent with Federal Rule of Criminal Procedure 12.2(c)(1)(B) and 18 U.S.C. § 4242, it is ORDERED that:

1. Pursuant to 18 U.S.C. § 4247(b), a psychiatric or psychological examination of the defendant shall be conducted by a licensed or certified psychiatrist or psychologist. The defendant shall be committed to the custody of the Attorney General for placement in a suitable facility for a reasonable period of time not to exceed 45 days for purposes of the examination. To the extent possible, the facility should be the same facility—or, if not feasible to be within the same facility, within the same federal correctional complex—at which the defendant presently is housed, in Butner, North Carolina. The director of the facility may apply for a reasonable extension, not to exceed 30 days, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant.

2. Pursuant to 18 U.S.C. § 4247(c), the psychiatric or psychological report shall be prepared by the examiner designated to conduct the psychiatric or psychological examination; shall be filed with the court with copies provided to counsel for the Government and counsel for the

- 2 -

defendant; and shall include (1) the defendant's history and present symptoms, (2) a description of the psychiatric, psychological, and medical tests that were employed and their results, (3) the examiner's findings, and (4) the examiner's opinions as to diagnosis, prognosis, and whether the person was insane at the time of the offenses charged.

3. Upon completion of the psychiatric or psychological evaluation ordered herein, a hearing will be held in accordance with 18 U.S.C. § 4247(d).

4. After receiving the psychiatric or psychological evaluation, counsel will contact my chambers to schedule the date of the hearing.

_____   _____
Date                              Hon. Paula Xinis
                                  United States District Judge