

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
P. O. Box 1600
Butner, North Carolina 27509

May 17, 2022

The Honorable Paula Xinis
6500 Cherrywood Lane
Suite 400
Greenbelt, MD 20770

RE: HENRY, Rondell
Register Number: 64659-037
Docket Number: 8:19-cr-00181-PX

Dear Judge Xinis:

Our staff received the Court's order, dated May 9, 2022, for an additional evaluation pursuant to the provisions of Title 18, United States Code, Section 4242.

Mr. Henry's initial evaluator is unavailable to complete the ordered evaluation. As such, the case was assigned to a new evaluator, who needs to review and become familiar with Mr. Henry as well as review the extensive discovery provided. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of the order, with a 30 day extension due to the factors above. If this request is granted, the evaluation period will end on July 22, 2022. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date.

Please be advised we have limited PACER access and therefore request ALL relevant court orders be emailed to j2richardson@bop.gov to ensure we are compliant with all court directives.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Jasmine Richardson, Health Services Assistant, at extension 5467.

Respectfully,

T. Scarantino, Complex Warden

**GRANTED** DENIED (Circle One)

Signature: *Paula Xinis*      DATE: **5/27/22**
District Judge Paula Xinis

cc:   Jessica Caroline Collins/Thomas Patrick Windom, Assistant United States Attorney
      Christian Bryan Lassiter, Defense Attorney