# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
|  | * CASE NO. PX-19-181 |
| RONDELL HENRY, | * |
| Defendant. | * |

## MOTION TO STRIKE APPEARANCE

Madam Clerk:

Please strike the appearance of Thomas Sullivan as counsel for the government for all purposes in the above-captioned case.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: /s/
Thomas Sullivan
Assistant United States Attorney