UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RONDELL HENRY<br><br>Defendant. | Criminal Action No. PX-19-0181 |

**PRETRIAL SCHEDULING ORDER**

For the reasons stated during today's recorded status call, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| July 17, 2023 | Defendant to supplement/add motions to suppress and other pretrial motions |
| August 7, 2023 | Government's Response due |
| August 21, 2023 at 10:00 a.m. | Motions Hearing |
| September 22, 2023 | Motions *in Limine* due |
| October 6 , 2023 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br>(Government responsible for filing; Defendants to indicate proposed changes in redline format.)<br><br>Government to provide Jencks and Giglio to Defendant |
| October 13, 2023 at 10:00 a.m. | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| October 23, 2023 | Trial begins.  Expected length:  2 weeks |

Dated: May 1, 2023
　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　Paula Xinis
　　　　　　　　　　　　　　　　　　　United States District Judge